

# Fourth Court of Appeals
### San Antonio, Texas

## JUDGMENT

Nos. 04-18-00821-CR, 04-18-00822-CR, 04-18-00823-CR, 04-18-00827-CR, 04-18-00855-CR

Jake Eric **ALVARADO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court Nos. 16-10-12125-CR, 16-05-11980-CR, 18-04-12822-CR,
16-05-11973-CR, 16-10-12126-CR
Honorable Camile Glasscock Dubose, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgments are AFFIRMED.

SIGNED November 27, 2019.

Luz Elena D. Chapa, Justice